EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  4532
Chief, Major Crimes

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 16 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00252 DAE |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | 18 U.S.C. § 2252A |
| DAWE GLOVER, | ) | [Child Pornography] |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about April 22, 2005, in the District of Hawaii, DAWE GLOVER did knowingly possess materials, namely, a computer and computer hard drive, which contained images of child pornography, that is, digital images, computer images and computer-generated images that are, and are indistinguishable from, those of minors engaged in sexually explicit conduct, and

which images had been transported in interstate and foreign commerce by any means, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

    In violation of Title 18, United States Code, section 2252A(a)(5).

    Dated:  Honolulu, Hawaii, __JUN 1 6 2005__.

                           A TRUE BILL

                           /S/

                        FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*

RONALD G. JOHNSON
Chief, Major Crimes

*[signature]*

LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Dawe Glover
Cr. No. _____
"Indictment"