# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
03/09/2006 4:30 PM
SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 05-00252DAE

**CASE NAME:** USA vs. Dawe Glover

**ATTYS FOR PLA:** Lawrence L. Tong

**ATTYS FOR DEF:** Samuel P. King, Jr.

**INTERPRETER:**

**JUDGE:** JUDGE DAVID ALAN EZRA          **REPORTER:** NONE

**DATE:** 03/09/2006                     **TIME:**

                                         **ROOM:**

**COURT ACTION:** EO

Per Counsel's request, Jury Selection/Trial to Follow continued from 03/29/2006 09:00:00 AM to 06/14/2006 09:00:00 AM before DAE

Final Pretrial Conference continued from 02/27/2006 10:00:00 AM to 05/15/2006 10:00:00 AM before KSC

Time to be excluded from 3/29/2006 to 6/14/2006.

Stip to be prepared.

Submitted by: Theresa Lam, Courtroom Manager

*Created: 03/09/2006 10:23:39 AM*                     Document: 37348382