EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG  #3040
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DAWE GLOVER,<br><br>　　　　　　Defendant. | CR. NO. 05-00252 DAE<br><br>STIPULATION CONTINUING TRIAL DATE AND EXCLUDING TIME; ORDER<br><br>Old Date: March 29, 2006<br>New Date: June 14, 2006 |

STIPULATION CONTINUING TRIAL DATE AND EXCLUDING TIME

　　　　IT IS HEREBY STIPULATED, by and between the parties, that the trial of this case shall be continued from March 29, 2006 to June 14, 2006 before United States District Judge David A. Ezra.  A final pretrial conference shall be held on May 15, 2006 at 10:00 a.m. before United States Magistrate Judge Kevin S.C. Chang.

　　　　IT IS FURTHER STIPULATED that the time from March 29, 2006 up to and including June 14, 2006 shall be deemed excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq., on the grounds that the ends of justice served

by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties note that this continuance is sought at the request of the defendant, who needs additional time to explore potential defenses. Defendant is presently being examined by mental health professionals to determine whether he had a mental condition which might provide a defense to the charges, or mitigation for sentencing purposes.  Defense counsel does not believe that he can adequately advise his client on whether to negotiate a plea disposition or seek trial until such an evaluation has been completed.  The parties thus jointly ask the Court to find the time excludable on the grounds that a failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

//

//

    The parties thus ask that this Court's approval of this stipulation be deemed a finding of excludable time for the reasons stated.

    DATED: March 28, 2006, at Honolulu, Hawaii.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii

                                  By /s/ Lawrence L. Tong
                                     LAWRENCE L. TONG
                                     Assistant U. S. Attorney

                                  /s/ Samuel P. King, Jr.
                                  SAMUEL P. KING, JR.
                                  Attorney for Defendant
                                  DAWE GLOVER

APPROVED AND SO ORDERED:

DATED: March 30, 2006, at Honolulu, Hawaii.



                                  _____
                                  David Alan Ezra
                                  United States District Judge

<u>United States v. Dawe Glover</u>
Cr. No. 05-00252 DAE
Stipulation Continuing Trial Date and Excluding Time; Order