# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/11/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00252DAE

CASE NAME:       United States of America Vs. Dawe Glover

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   David Alan Ezra         REPORTER:

DATE:    5/11/2006                TIME:

COURT ACTION:  EO: A Stipulation to Continue Trial, Final PreTrial Conference Dates and Motions Deadline will be submitted for Judge Ezra's Signature.

Jury Selection/Jury Trial-August 29, 2006 @9:00 a.m. before Judge Ezra.

Final PreTrial Conference-July 31, 2006 @l0:00 a.m. before Judge Kobayashi.

Defendants' Motions are to be filed by July 3, 2006 and Government Response to be filed by July 17, 2006.

Time excluded from June 14, 2006 through August 29, 2006.

Submitted by Leslie L. Sai, Courtroom Manager