```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG  #3040
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00252 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION CONTINUING TRIAL |
| vs. | ) | DATE AND EXCLUDING TIME; |
| | ) | ORDER |
| DAWE GLOVER, | ) | |
| | ) | Old Date: June 14, 2006 |
| Defendant. | ) | New Date: August 29, 2006 |
| | ) | |

STIPULATION CONTINUING TRIAL DATE AND EXCLUDING TIME

IT IS HEREBY STIPULATED, by and between the parties, that the trial of this case shall be continued from June 14, 2006 to August 29, 2006 before United States District Judge David A. Ezra.  Defendant's motions shall be filed by July 3, 2006, and the government's responses shall be filed by July 17, 2006.  A final pretrial conference shall be held on July 31, 2006 at 10:00 a.m. before United States Magistrate Judge Leslie E. Kobayashi.

IT IS FURTHER STIPULATED that the time from June 14, 2006 up to and including August 29, 2006 shall be deemed excludable time within the meaning of the Speedy Trial Act, 18

U.S.C. § 3161, et seq., on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties note that this continuance is sought at the request of the defendant, who needs additional time to explore potential defenses and mitigating circumstances.  Defendant is presently being examined by mental health professionals to determine whether he had a mental condition which might provide a defense to the charges, or mitigation for sentencing purposes.  Defense counsel does not believe that he can adequately advise his client on whether to negotiate a plea disposition or seek trial until such an evaluation has been completed.  The parties thus jointly ask the Court to find the time excludable on the grounds that a failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

//

//

The parties ask that this Court's approval of this stipulation be deemed a finding of excludable time for the reasons stated.

    DATED: May 15, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Lawrence L. Tong
                                 LAWRENCE L. TONG
                                 Assistant U. S. Attorney


                              /s/ Samuel P. King, Jr.
                              SAMUEL P. KING, JR.
                              Attorney for Defendant
                              DAWE GLOVER


APPROVED AND SO ORDERED:

DATED: May 16, 2006, at Honolulu, Hawaii.



                              _____
                              David Alan Ezra
                              United States District Judge


United States v. Dawe Glover
Cr. No. 05-00252 DAE
Stipulation Continuing Trial Date and Excluding Time; Order