# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00252DAE |
| CASE NAME: | USA vs. DAWE GLOVER |
| ATTYS FOR PLA: | Lawrence L. Tong |
| ATTYS FOR DEFT: | Samuel P. King, Jr. |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 07/31/2006 | TIME: | 10:12-10:15 |

COURT ACTION:  EP: Final Pretrial Conference not held. Defendant not present, presence waived.  Parties are in agreement to continue the trial date and all deadlines. New trial date and deadlines given.

Jury Selection/Trial is continued to 9:00 1/9/07, DAE.
Final Pretrial Conference is continued to 10:00 12/11/06, BMK.
Defendant's Motions due 11/27/06.
Government's Response due 12/11/06.

Time excluded from 8/29/06 thru 1/9/07 from the requirements of the Speedy Trial Act. Govt to prepare Order excluding time.

Submitted by: Warren N. Nakamura, Courtroom Manager