EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG  #3040
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00252 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION CONTINUING TRIAL |
| vs. | ) | DATE AND EXCLUDING TIME; |
| | ) | ORDER |
| DAWE GLOVER, | ) | |
| | ) | Old Date: January 9, 2007 |
| Defendant. | ) | New Date: January 30, 2007 |
| | ) | |

STIPULATION CONTINUING TRIAL DATE AND EXCLUDING TIME

IT IS HEREBY STIPULATED, by and between the parties, that the trial of this case shall be continued from January 9, 2007 to January 30, 2007 before United States District Judge David A. Ezra.  A final pretrial conference shall be held on January 22, 2007 at 10:00 before United States Magistrate Judge Kevin S. Chang.

IT IS FURTHER STIPULATED that the time from January 9, 2007 up to and including January 30, 2007 shall be deemed excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161, et seq., on the grounds that the ends of justice

served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties note that this continuance is sought at the request of the defendant, who needs additional time to explore potential defenses and mitigating circumstances.  Defendant is presently completing examinations by mental health professionals to determine whether he had a mental condition which might provide a defense to the charges, or mitigation for sentencing purposes.  Defense counsel does not believe that his client can enter a guilty plea or seek trial such an evaluation has been completed.  The parties thus jointly ask the Court to find the time excludable on the grounds that a failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

       The parties ask that this Court's approval of this stipulation be deemed a finding of excludable time for the reasons stated.

       DATED: December __, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By /s/ Lawrence L. Tong
                                 LAWRENCE L. TONG
                                 Assistant U. S. Attorney

```
                                 /s/ Samuel P. King, Jr.
                                 SAMUEL P. KING, JR.
                                 Attorney for Defendant
                                 DAWE GLOVER
```

APPROVED AND SO ORDERED:



```
                                 /s/ Barry M. Kurren
                                 United States Magistrate Judge
                                 Dated: December 18, 2006
```

United States v. Dawe Glover
Cr. No. 05-00252 DAE
Stipulation Continuing Trial Date and Excluding Time; Order