# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/11/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00252DAE |
| CASE NAME: | United States of America Vs. Dawe Glover |
| ATTYS FOR PLA: | Lawrence Tong and Agent Enrique DeCarlos |
| ATTYS FOR DEFT: | Samuel P. King, Jr. |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5-FTR-9:38:45 |
| DATE: | 01/11/2007 | TIME: | 9:38am-9:50am |

COURT ACTION:  EP: Motion for Withdrawal Of Not Guilty Plea and to Plead Anew- Defendant present not in Custody.

Defendant Sworn in.

Court questions the Defendant.

Consent to Rule 11 Plea in a Felony Case before United States Magistrate Judge signed and filed.

No Plea Agreement.

Defendant enters a Plea of Guilty as to the Indictment.

Court recommends the acceptance of the Guilty Plea as to the Indictment.

Defendant referred to the Probation Office for the preparation of the presentence report.

Sentence set for 5/21/2007 @1:30 p.m. before Judge Ezra.

Defendant to continue on present Bail Conditions.

Submitted by Leslie L. Sai, Courtroom Manager