SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| DAWE GLOVER, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING |
| Defendant. | ) |
| | ) |

STIPULATION TO CONTINUE SENTENCING

The parties hereto, through their respective undersigned counsel, hereby stipulate to continue the sentencing in this case from May 21, 2007, 1:30, to June 29, 2007, at 9:00 a.m.

DATED: Honolulu, Hawaii, May 22, 2007.

_____
LAWRENCE L. TONG
Assistant United States Attorney

_____
SAMUEL P. KING, JR.
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE