# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 05-00252DAE |
| CASE NAME: | USA v. Dawe Glover |
| ATTYS FOR PLA: | Larry Tong |
| ATTYS FOR DEFT: | Samuel P. King, Jr. |
| USPO: | Anne Shimokawa |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 07/05/2007 | TIME: | 10:30am-11:30am |

COURT ACTION: EP: Sentencing to Count 1 of the Indictment as to Defendant Dawe Glover.

Defendant Dawe Glover present, not in custody.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant Dawe Glover.

SENTENCE:

Imprisonment:   60 MONTHS

Supervised Release:   3 YEARS

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of

       commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

8. Defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

9. Defendant shall participate in a mental health program at the discretion and direction of the Probation Office.

10. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

11. Defendant may change his residence only with the advance approval of the Probation Office.

12. Defendant shall participate in sex offender assessment and treatment and abide by the policies and procedures of the program, which may include the plethysmograph, polygraph, and other types of testing, as approved by the Probation Office.

13. Defendant shall not have any type of contact (including written materials, communication devices, audio and visual devices, visits, or through a third party), with children under the age of 18 or the victim(s), except in the presence of an adult who is aware of the nature of the defendant's offense and who has been approved by the Probation Office.

14. Defendant shall not view, purchase, possess, or distribute any form of pornography depicting sexually explicit conduct as defined in 18 U.S.C. § 2256(2), unless approved for treatment purposes, or frequent any place where such material is the primary product for sale or entertainment is available.

15. Defendant is prohibited from the possession and use of alcohol.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: Sheridan, OR-Prison Camp. 500 hour drug treatment program.

Defendant advised of his right to appeal.

Mittimus is stayed until 8/20/2007.

Defendant to self-surrender @2:00 p.m. on 8/20/2007 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Current bail conditions of release to continue.

Submitted by: Theresa Lam, Courtroom Manager