ORIGINAL

SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 2 2007

at 1 o'clock and 10 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252-001 DAE |
| | ) |
| vs. | ) |
| | ) NOTICE OF MOTION; MOTION TO |
| DAWE GLOVER, | ) MODIFY AND/OR CORRECT SENTENCE; |
| | ) DECLARATION OF SAMUEL P. KING, JR.; |
| Defendant. | ) EXHIBIT A |
| | ) |

NOTICE OF MOTION

TO: United States Attorney's Office
    Federal Building, 6th Floor
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the foregoing motion will be presented before the Honorable DAVID A. EZRA in his courtroom in the Prince Kuhio Federal Building, Honolulu, Hawaii, on _____, the _____ day of _____, 2007, at _____ o'clock ____.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, July 12, 2007.

_____
SAMUEL P. KING, JR.
Attorney for Defendant

CERTIFICATE OF SERVICE ATTACHED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252-001 |
| | ) |
| vs. | ) |
| | ) MOTION TO MODIFY AND/OR CORRECT |
| DAWE GLOVER, | ) SENTENCE |
| | ) |
| Defendant. | ) |
| | ) |

MOTION TO MODIFY AND/OR CORRECT SENTENCE

Defendant moves that this Court modify and/or correct the sentence imposed in this case and reduce the period of incarceration imposed. This motion is made pursuant to Federal Rules of Criminal Procedure, Rules 35(a) and 33(b)(2), and is based on the attached Declaration of counsel and the file in this case.

DATED: Honolulu, Hawaii, July 11, 2007.

SAMUEL P. KING, JR.
Attorney for Defendant