

HONOLULU FAMILY THERAPY CENTRE, INC.
Carol P.M. Tyler, Psy.D.
1017C Pawaa Lane
Honolulu, Hawai'i 96826

July 12, 2007

RE: Dawe Glover

To Whom It May Concern:

This is to clarify as per assessment completed on February 22, 2006 Mr. Glover shows no characteristics of a child molester. Results of the Penile Plethysmograph ("PPG") an instrument that assists in detecting sexual arousal to children indicated that Mr. Glover has no such arousal. The other tests used in this assessment were also unremarkable for any defiant sexual thoughts towards children. Based on the overall results of Mr. Glover's assessment and his weekly contact through therapy, it is my expert opinion that Mr. Glover is not a risk of sexually offending against a child.

Sincerely,

*Carol P.M. Tyler, Psy.D.*

Carol P. M. Tyler, Psy.D.
Licensed Clinical Psychologist
Hawaii Licensed PSY-783

Phone (808) 941-5869 ~ Facsimile (808) 941-2987
EMAIL: hftc@hawaii.rr.com

EXHIBIT A