ORIGINAL

SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Attorney for Defendant

LODGED
AUG 01 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 10 2007
at 10 o'clock and 35 min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| vs. | ) 18 USC 2252A |
| DAWE GLOVER, | ) STIPULATION TO CONTINUE |
| | ) SURRENDER DATE |
| Defendant. | ) |

STIPULATION TO CONTINUE SURRENDER DATE

The parties hereto, through their respective undersigned counsel, hereby stipulate to continue the surrender date for service of sentence in this case from August 20, 2007, at 2:00 p.m. local time, to _October 15_, 2007, at 2:00 p.m. local time.

DATED: Honolulu, Hawaii, _July 27_, 2007.

_____
LAWRENCE L. TONG
Assistant United States Attorney

_____
SAMUEL P. KING, JR.
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE