ORIGINAL

SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| DAWE GLOVER, | ) STIPULATION TO CONTINUE |
| | ) SURRENDER DATE; DECLARATION OF |
| Defendant. | ) SAMUEL P. KING, JR.; ORDER |
| | ) |

STIPULATION TO CONTINUE SURRENDER DATE

The parties hereto, through their respective undersigned counsel, hereby stipulate to continue the surrender date for service of sentence in this case from October 15, 2007, at 2:00 p.m. local time, to November 15, 2007, at 2:00 p.m. local time.

DATED: Honolulu, Hawaii, October 9, 2007.

_____
LAWRENCE L. TONG
Assistant United States Attorney

_____
SAMUEL P. KING, JR.
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| DAWE GLOVER, | ) |
| | ) DECLARATION OF SAMUEL P. KING, JR. |
| Defendant. | ) |
| | ) |

DECLARATION OF SAMUEL P. KING, JR.

I, SAMUEL P. KING, JR., declare and say:

Defendant is being treated for sleep apnea and has been prescribed a machine which allows him to breath at night so he can get some sleep. He was using the machine up to about two weeks ago. The machine worked and helped stabilize his condition. He stopped using the machine about two weeks ago in anticipation of going into FDC. This was a mistake. After about two weeks, his sleep apnea symptoms returned, and he is not stable right now. He got the doctor who treated his sleep apnea to represcribe the machine to assist him with sleeping and restabilizing his condition. Based on his previous experience with the machine, it will take about 30 days to restabilize. Defendant's plan this time is to get back to a stable status and discontinue use of the machine right before he enters the facility. Based on his experience, he should remain stable while in the facility for at least two weeks which will give medical personnel in the facility time to examine him and determine appropriate treatment while he is incarcerated - probably involving use of a similar machine while he is in prison.

At this time, Defendant respectfully requests that he be allowed to extend his surrender date to early or mid-November. At noted above, at that time he should be stable and ready to go off the

machine right before he surrenders.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, September 28, 2007..

                                                                                    _____
                                                                                    SAMUEL P. KING, JR.
                                                                                    Attorney for Defendant