FSAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Attorney for Defendant

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 09 2007

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| DAWE GLOVER, | ) NOTICE OF MOTION; MOTION TO CONTINUE |
| | ) SURRENDER DATE; DECLARATION OF |
| Defendant. | ) SAMUEL P. KING, JR. |
| | ) |

NOTICE OF MOTION

TO: United States Attorney's Office
Federal Building, 6th Floor
300 Ala Moana Blvd.
Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the foregoing motion will be presented before the Honorable

_____ in his/her courtroom in the Prince Kuhio Federal

Building, Honolulu, Hawaii, on _____, the _____ day of _____,

2007, at _____ o'clock ___ .m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, November 9, 2007.

_____
SAMUEL P. KING, JR.
Attorney for Defendant

CERTIFICATE OF SERVICE ATTACHED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| DAWE GLOVER, | ) MOTION TO CONTINUE |
| | ) SURRENDER DATE |
| Defendant. | ) |
| | ) |

## MOTION TO CONTINUE SURRENDER DATE

Defendant moves that his surrender date in this case be continued from November 15, 2007, for a period of 60 days. This motion is based on the attached Declaration of counsel and the file in this case, and will be further based on the evidence adduced at the hearing on this motion.

DATED: Honolulu, Hawaii, November 9, 2007.

_____
SAMUEL P. KING, JR.
Attorney for Defendant