IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| DAWE GLOVER, | ) |
| | ) DECLARATION OF SAMUEL P. KING, JR. |
| Defendant. | ) |
| | ) |

## DECLARATION OF SAMUEL P. KING, JR.

I, SAMUEL P. KING, JR., declare and say:

Defendant is being treated for sleep apnea. In late September of this year, this Court granted Defendant an extension of his surrender date to get a breathing machine represcribed for Defendant to stabilize him before he begins his sentence. Defendant was able to acquire a new breathing machine in mid-October and has been using it. Unfortunately, the machine is not handling the problem, Defendant is totally sleep-deprived (he was in my office today and, from a layman's perspective, he looked "terrible"), and Defendant has had several near fainting spells when he exerts even a small amount of effort. Defendant is now attempting to reapply to Kaiser for the next step in the treatment process which is probably surgery.

Defendant humbly requests that he be permitted a further extension of his surrender date for a period of 60 days. Within this period of time, Defendant believes he will be able to reacquire medical insurance (either Kaiser or Quest) and have appropriate treatment which the United States Government might otherwise have to shoulder if Defendant continues to have these severe sleep apnea problems while he is incarcerated. Defendant apologizes for the delay, but he is doing the best he can with this difficult medical condition.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, November 7, 2007.

_____
SAMUEL P. KING, JR.
Attorney for Defendant