FSAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| | ) EX PARTE MOTION TO SHORTEN TIME |
| DAWE GLOVER, | ) FOR HEARING ON MOTION TO CONTINUE |
| | ) SURRENDER DATE; DECLARATION OF |
| Defendant. | ) SAMUEL P. KING, JR.; ORDER GRANTING |
| | ) DEFENDANT'S EX PARTE MOTION TO |
| | ) SHORTEN TIME |
| | ) |

EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON
MOTION TO CONTINUE SURRENDER DATE

Defendant moves ex parte for an order shortening time on his motion to continue his surrender date submitted herewith. This motion is based on the attached Declaration of counsel and the file in this case.

DATED: Honolulu, Hawaii, November 9, 2007.

SAMUEL P. KING, JR.
Attorney for Defendant

CERTIFICATE OF SERVICE ATTACHED