IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
|---|---|
| vs. | ) )<br>) 18 USC 2252A<br>) |
| DAWE GLOVER, | )<br>) |
| Defendant. | ) DECLARATION OF SAMUEL P. KING, JR.<br>)<br>) |

### DECLARATION OF SAMUEL P. KING, JR.

I, SAMUEL P. KING, JR., declare and say:

As the accompanying motion to continue surrender date states, Defendant is still having severe sleep apnea problems which he is trying to get under control before he begins serving his prison sentence in this case. Defendant's surrender date is presently set for November 15, and Defendant is trying to get immediate medical attention as the motion explains.

Defendant respectfully requests that this Court grant this ex parte motion to shorten time for a hearing on his request to continue his surrender date.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, November 9, 2007.

_____
SAMUEL P. KING, JR.
Attorney for Defendant