IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| | ) ORDER GRANTING DEFENDANT'S EX |
| DAWE GLOVER, | ) PARTE MOTION TO SHORTEN TIME |
| | ) |
| Defendant. | ) |
| | ) |

ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO SHORTEN TIME

The Court having considered Defendant's ex parte motion to shorten time for a hearing on his motion to continue his surrender date, and good cause appearing therefor,

IT IS ORDERED that a hearing on Defendant's motion to continue surrender date is hereby set for __Wednesday__, the 14th day of November, 2007, at __9:00__ o'clock __a__.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, November 13, 2007

_____
UNITED STATES DISTRICT JUDGE