# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 05-00252DAE |
| CASE NAME: | USA v. Dawe Glover |
| ATTYS FOR PLA: | Larry Tong |
| ATTYS FOR DEFT: | Samuel King, Jr. |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 11/14/2007 | TIME: | 9:00am-9:20am |

COURT ACTION:  EP:  [47] Defendant Dawe Glover's Motion to Continue Surrender Date.

Defendant present, not in custody.

Oral arguments heard.

[47] Defendant Dawe Glover's Motion to Continue Surrender Date-GRANTED. Mittimus is stayed until 2/12/2008 @2:00pm, local time.

Current bail conditions of release to continue.

Submitted by:  Theresa Lam, Courtroom Manager