IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| DAWE GLOVER, | ) |
| | ) DECLARATION OF SAMUEL P. KING, JR.; |
| Defendant. | ) EXHIBIT A |
| | ) |

DECLARATION OF SAMUEL P. KING, JR.

I, SAMUEL P. KING, JR., declare and say:

This Court previously extended Defendant's surrender date to February 12, 2008, because Defendant was being treated for sleep apnea and conditions which appeared to be related to the sleep apnea. At the last hearing on Defendant's motion to extend the surrender date, this Court stated that it would not grant any further extensions. At the risk of frustrating this Court, Defendant asks for another extension of his surrender date based on newly discovered health problems which require surgery and may be life-threatening as more fully set out below and in the letters from Defendant's doctors attached hereto in Exhibit A.

The letter from Dr. Kim notes that some of Defendant's symptoms appear to be related to nodules which have been discovered growing in Defendant's chest. Dr. Chen's letter notes that surgery is set for February 20, 2008, with a 6-8 recovery period without complications. Dr. Takaoka's letter indicates that Defendant has an "anterior mediastinal mass" which could be anything from benign to cancerous. The determination will be made once a biopsy from surgery is sent to the lab.

Considering the seriousness of Defendant's present condition and his need for surgery which

has been scheduled for February 20, 2008, Defendant requests that his surrender date be continued until he is stable enough to begin serving his sentence.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, January 31, 2008.

_____
SAMUEL P. KING, JR.
Attorney for Defendant