CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon the United States Attorney at 300 Ala Moana Blvd., Honolulu, Hawaii, on January 31, 2008.

DATED: Honolulu, Hawaii, January 31, 2008.

_____
SAMUEL P. KING, JR.
Attorney for Defendant