IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00252-001 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAWE GLOVER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S MOTION
TO CONTINUE SURRENDER DATE

The Court having reviewed the motion of Dawe Glover to further extend the mittimus date due to medical necessity, and having carefully considered the letters from Mr. Glover's physicians, the Court hereby GRANTS the Defendant an extension of his mittimus date from February 12, 2008, for a period of 90 days, to May 12, 2008.

The Court has been advised that the United States has no objections to the continuance.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 4, 2008.



_____
David Alan Ezra
United States District Judge

United States of America vs. Dawe Glover, Cr. No. 05-00252-001 DAE; ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SURRENDER DATE