

MRN: 9485714

4/3/2008

Dawe Glover
909 Kapiolani Blvd # 608
Honolulu, HI 96814

TO WHOM IT MAY CONCERN

This is to certify that Mr. Dawe Glover has combined Graves Disease and Hashimoto Thyroiditis, which require life long treatment. Initially treatment for Hyperthyroidism (over-active thyroid), then for Hypothyroidism (under-active thyroid when thyroid "burns out").

Sincerely,

*Stanley A. Tan*

TAN, STANLEY A. (M.D.)

Endocrinology
1010 Pensacola Street
Honolulu, HI 96814
Dept Phone: 808-432-2502
kaiserpermanente.org

EXHIBIT A