
**KAISER PERMANENTE**

MRN: 9485714

4/7/2008

Dawe Glover
909 Kapiolani Blvd # 608
Honolulu, HI 96814

To whom it may concern:

Mr. Glover was seen in clinic by Dr. John Chen on 4/4/08 for his post-operative recheck. A follow-up chest CT scan is planned for early to mid-July 2008 to assess four right lung nodules seen on the January 2008 preoperative chest CT scan. The timing of this CT scan (3 months) is necessary to assess if these nodules have increased in size.

Sincerely,

*[signature]*
RAMISCAL, GAIL K (R.N.)

Cardiothoracic Surgery
3288 Moanalua Road
Honolulu, HI 96819
Dept Phone: 808-432-8348
kaiserpermanente.org

EXHIBIT B