



EXHIBIT C