SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| DAWE GLOVER, | ) STIPULATION FOR TRAVEL OUTSIDE |
| | ) THE STATE OF HAWAII |
| Defendant. | ) |
| | ) |

STIPULATION FOR TRAVEL OUTSIDE THE STATE OF HAWAII

The parties hereto, through their respective undersigned counsel, hereby stipulate that Defendant may travel outside the State of Hawaii to Oregon June 24, 2008, to July 6, 2008. Defendant shall provide Pretrial Services prior to his departure with his travel and flight itineraries and addresses and phone numbers where he can be contacted during his travel. All other terms and conditions of Defendant's release prior to his surrender to begin serving his sentence will remain in full force and effect.

DATED: Honolulu, Hawaii, _____JUN 19____JUN 19 2008_____.

APPROVED:

_____
Pretrial Services

_____
LAWRENCE L. TONG
Assistant United States Attorney

_____
SAMUEL P. KING, JR.
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE