SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| DAWE GLOVER, | ) STIPULATION TO CONTINUE |
| | ) SURRENDER DATE; DECLARATION OF |
| Defendant. | ) SAMUEL P. KING, JR.; ORDER |
| | ) |

STIPULATION TO CONTINUE SURRENDER DATE

The parties hereto, through their respective undersigned counsel, hereby stipulate to continue the surrender date for service of sentence by Defendant at the Honolulu Federal Detention Center in this case from August 12, 2008, at 2:00 p.m. local time, September 15, 2008, at 2:00 p.m. local time. The United States Attorney's Office is not inclined to agree to any further continuances of Defendant's surrender date.

DATED: Honolulu, Hawaii, _____7/30_____, 2008.

_____
LAWRENCE L. TONG
Assistant United States Attorney

_____
SAMUEL P. KING, JR.
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE