IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| DAWE GLOVER, | ) |
| | ) DECLARATION OF SAMUEL P. KING, JR. |
| Defendant. | ) |
| | ) |

### DECLARATION OF SAMUEL P. KING, JR.

I, SAMUEL P. KING, JR., declare and say:

With this Court's permission and the agreement of the United States Attorney's Office, Defendant has been allowed to continue his self-surrender date to Honolulu Federal Detention Center because of some serious medical conditions Defendant has suffered in the last year. Fortunately, the delay has inured to the benefit of Defendant's health - Defendant had a serious chest operation in which a growth was removed from his chest thereby relieving a number of medical conditions associated with the pressure the growth was putting on his thyroid gland. The other problem from which Defendant has been suffering which has now become critical as the other more critical problems have been solved is a serious long-standing right shoulder condition which was aggravated by a fall suffered by Defendant a few months ago. Defendant had the same problem in his left shoulder which required an operation in January 2007.

Defendant's doctor, Dr. Shaieb, has Defendant undergoing physical therapy for the right shoulder at this time for reevaluation at the end of August to determine if surgery is necessary to relieve the pain. The parties believe that by the middle of September the matter should be resolved.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, September 28, 2007..

SAMUEL P. KING, JR.
Attorney for Defendant