

SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2008

at 3 o'clock and 10 min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| DAWE GLOVER, | ) NOTICE OF MOTION; MOTION TO CONTINUE |
| | ) SURRENDER DATE; DECLARATION OF |
| Defendant. | ) SAMUEL P. KING, JR.; EXHIBITS A & B |
| | ) |

NOTICE OF MOTION

TO: United States Attorney's Office
    Federal Building, 6th Floor
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the foregoing motion will be presented before the Honorable DAVID A. EZRA in his courtroom in the Prince Kuhio Federal Building, Honolulu, Hawaii, on _____, the \_\_\_ day of _____, 2008, at \_\_\_\_\_ o'clock \_\_\_.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, September 11, 2008.

SAMUEL P. KING, JR.
Attorney for Defendant

CERTIFICATE OF SERVICE ATTACHED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 05-00252 DAE |
|---|---|
| | ) |
| vs. | ) 18 USC 2252A |
| | ) |
| DAWE GLOVER, | ) MOTION TO CONTINUE |
| | ) SURRENDER DATE |
| Defendant. | ) |
| | ) |

## MOTION TO CONTINUE SURRENDER DATE

Defendant moves that his surrender date in this case be continued from September 15, 2008, for a period of 90 days. This motion is based on the attached Declaration of counsel and the file in this case, and will be further based on the evidence adduced at the hearing on this motion.

DATED: Honolulu, Hawaii, September 15, 2008.

_____
SAMUEL P. KING, JR.
Attorney for Defendant