## Progress Note Report

**Dawe Glover (MR# 9485714)**

### Progress Note Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| MARK D SHAIEB MD | Signed | MARK D SHAIEB MD | 6/23/2008 8:50 AM |

### Progress Note:

Encounter No.:

ORTHOPEDICS PROGRESS NOTE

DATE OF VISIT: 06/20/2008
CC: Patient

SUBJECTIVE: Telephone visit with patient today for followup on his MRI.
Patient is a 49-year-old male with chief complaint of right shoulder pain. A few months ago it began getting stiff and painful, similar to the side where he had to have a shoulder manipulation back in January of 2007. He did fall, landing hard onto a wall with his right shoulder directly into the wall. It got all black and blue and has been quite painful ever since. His motion has been bad, but mainly he has had severe pain. Date of that injury was 05/01/2008. His MRI/MRA shows a change in the rotator interval; otherwise, no rotator cuff tears, no dislocation, no fractures are seen.

MRI/MRA results were explained to the patient. He essentially has a frozen shoulder with significant strain from the fall to the wall. He is to do physical therapy for several months and will follow him clinically. As long as he is making progress, no need to do manipulation. I would also put off manipulation for several months until he gets through the inflammatory phase for two reasons, mainly because there is a good chance he would never need manipulation if he continues to improve with motion, and if he does go onto manipulation, there is a much better chance of it working and non-recurrence once he is through the inflammatory phase.

We will see him back in two months for reevaluation and have him go to physical therapy. Also, he needs to do stretching exercises on his own 3 to 4 times a day for 5 minutes, do wall stretches and cross-body stretch.

Mark Shaieb, M.D.
MS/itms1799467/IT
D: 06/20/2008 14:37:00 (PT)
T: 06/22/2008 08:49:41 (PT)
Doc Id: 78263/Job Id: 1799467/MRN: 9485714

EXHIBIT A