Glover, Dawe (MR # 9485714)                    Encounter Date: 08/14/2008

## Progress Note Report                    Dawe Glover (MR# 9485714)

**Progress Note Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| MARK D SHAIEB MD | Signed | MARK D SHAIEB MD | 8/28/2008 7:13 AM |

**Progress Note:**

Amended 08/27/08

ORTHOPEDICS PROGRESS NOTE

Encounter No.: 23950841

DATE OF VISIT: 08/14/2008

SUBJECTIVE: The patient is following up for frozen shoulder. He continues to have significant tightness when he moves the right side. He had a manipulation under anesthesia on the opposite left shoulder. His pain has gotten a lot better but he is very stiff now. His injury was on 06/01/2008, so it has been about three months.

OBJECTIVE: Well-nourished, well-developed male in no apparent distress. Alert and oriented x 3. Mood and affect within normal limits. Right shoulder has active and passive range of motion only 80/0/lateral pelvis compared to the left shoulder which is 160/80/T12.

His MRI previously showed no major problems. No rotator cuff tears.

ASSESSMENT: A 49-year-old male with right frozen shoulder.

PLAN: The patient has made some improvement especially with pain, but because he required manipulation on the other side and he has such poor motion, we will hold a spot for manipulation under anesthesia in two months, and will see him back a week before or so to see how he is doing, and see if we can postpone that if doing well.

Mark Shaieb, M.D.
MS/ltms1894573/IT
D: 08/14/2008 10:08:00 (PT)
T: 08/15/2008 21:13:19 (PT)/amended 08/27/08/fpl
Doc Id: 97061/Job Id: 1894573/MRN: 9485714

EXHIBIT B