<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing document was served upon the United States Attorney at 300 Ala Moana Blvd., Honolulu, Hawaii, on September 11, 2008.

DATED: Honolulu, Hawaii, September 11, 2008.

_____
SAMUEL P. KING, JR.
Attorney for Defendant