IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00252-001 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAWE GLOVER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT'S MOTION
TO CONTINUE SURRENDER DATE

The Court having reviewed Defendant's third request to extend his surrender date due to medical necessity, to which the United States objects, and having carefully considered the reports from Mr. Glover's physicians, the Court hereby DENIES Defendant's Motion to Continue Surrender Date.

//

//

//

//

//

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, September 12, 2008.



                                         David Alan Ezra
                                         United States District Judge

United States of America vs. Dawe Glover, Cr. No. 05-00252-001 DAE; ORDER DENYING DEFENDANT'S MOTION TO CONTINUE SURRENDER DATE